UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| MAURICIO E. WEBER, ) | |
| ) | C/A No. 8:12-cv-01231-GRA |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | (Written Opinion) |
| G. ROSS ANDERSON, JR., in his ) | |
| official capacity, J. CORDELL ) | |
| MADDOX, JR., SOLICITOR CHRISSY ) | |
| T. ADAMS, ASSISTANT SOLICITOR ) | |
| KRISTIN W. REEVES, ASSISTANT ) | |
| SOLICITOR JENN BYFORD, and ) | |
| CHRISTOPHER SCALZO, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

It has been brought to the Court's attention that the undersigned is named as a defendant in this case. Therefore, in the interest of justice to all parties, this Court recuses itself from further proceedings in this matter. Under 28 U.S.C. § 455, this Court may *sua sponte* recuse itself.

NOW, THEREFORE, IT IS ORDERED that the undersigned has disqualified himself from the above entitled action, and that the Clerk of Court is hereby ordered to reassign this case to another judge.

**IT IS SO ORDERED.**

G. Ross Anderson, Jr.
Senior United States District Judge

May 10 , 2012
Anderson, South Carolina